B1 (Official Form 1)(04/13)

# United States Bankruptcy Court
## Western District of Texas

**Voluntary Petition**

| Name of Debtor (if individual, enter Last, First, Middle):<br>**2 D's Oilfield Services, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**83-0457865** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**1009 S. Jackson Street**<br>**Midland, TX**<br>ZIP Code **79701** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Midland** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**PO Box 10888**<br>**Midland, TX**<br>ZIP Code **79702** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | **1009 S. Jackson Street**<br>**Midland, TX 79702** |

**Type of Debtor**
(Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity**
(Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts**
(Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ■ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(04/13) Page 2

| **Voluntary Petition** | Name of Debtor(s): |
| --- | --- |
| *(This page must be completed and filed in every case)* | 2 D's Oilfield Services, Inc. |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
| --- | --- | --- |
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
| --- | --- | --- |
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
| --- | --- |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X_____<br>Signature of Attorney for Debtor(s)      (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13)          Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **2 D's Oilfield Services, Inc.** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

**X /s/ Max R. Tarbox**
Signature of Attorney for Debtor(s)

**Max R. Tarbox 19639950**
Printed Name of Attorney for Debtor(s)

**Tarbox Law, P.C.**
Firm Name

**2301 Broadway**
**Lubbock, TX 79401**

Address

Email: jessica@tarboxlaw.com
**(806) 686-4448  Fax: (806) 368-9785**
Telephone Number

**June 10, 2015**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X /s/ David R. Spencer**
Signature of Authorized Individual

**David R. Spencer**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**June 10, 2015**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Western District of Texas

In re  **2 D's Oilfield Services, Inc.**  
Debtor(s)

Case No.  
Chapter  **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **A-1 Embroidery & Screen Printing**<br>**PO Box 2636**<br>**Midland, TX 79702** | **A-1 Embroidery & Screen Printing**<br>**PO Box 2636**<br>**Midland, TX 79702** | **Business Debt** | | **4,910.68** |
| **AIG**<br>**PO Box 30174**<br>**New York, NY 10087** | **AIG**<br>**PO Box 30174**<br>**New York, NY 10087** | **Busimness Debt** | | **108,005.63** |
| **Arguindegul Oil Co.**<br>**4506 Highway 359 at Loop 20**<br>**Laredo, TX 78042** | **Arguindegul Oil Co.**<br>**4506 Highway 359 at Loop 20**<br>**Laredo, TX 78042** | **Business Debt** | | **7,500.00** |
| **Arnold Oil Company**<br>**PO Box 18089**<br>**Austin, TX 78760** | **Arnold Oil Company**<br>**PO Box 18089**<br>**Austin, TX 78760** | **Business Debt** | | **15,000.00** |
| **Brocket & McNeel**<br>**24 Smith Road, Suite 400**<br>**Midland, TX 79705** | **Brocket & McNeel**<br>**24 Smith Road, Suite 400**<br>**Midland, TX 79705** | **Legal Services** | | **14,000.00** |
| **Cheyenne Tire Company**<br>**2720 Faudree Road**<br>**Odessa, TX 79762** | **Cheyenne Tire Company**<br>**2720 Faudree Road**<br>**Odessa, TX 79762** | **Tires** | | **7,335.04** |
| **CNB**<br>**401 W. Texas**<br>**Midland, TX 79702** | **CNB**<br>**401 W. Texas**<br>**Midland, TX 79702** | **Business Debt** | | **727,652.36** |
| **Complex Commuity**<br>**4900 E 52nd Street**<br>**Odessa, TX 79762** | **Complex Commuity**<br>**4900 E 52nd Street**<br>**Odessa, TX 79762** | **Business Debt** | | **13,244.76** |
| **Complex Commuity**<br>**4900 E 52nd Street**<br>**Odessa, TX 79762** | **Complex Commuity**<br>**4900 E 52nd Street**<br>**Odessa, TX 79762** | **Business Debt** | | **11,322.32** |
| **Ecoserv**<br>**207 Towncenter Pkwy 2nd Floor**<br>**Lafayette, LA 70506** | **Ecoserv**<br>**207 Towncenter Pkwy 2nd Floor**<br>**Lafayette, LA 70506** | **Business Debt** | | **11,215.00** |
| **Freightliner**<br>**34 Seymour Street**<br>**Tonawanda, NY 14150** | **Freightliner**<br>**34 Seymour Street**<br>**Tonawanda, NY 14150** | **Business Debt** | | **13,508.28** |

B4 (Official Form 4) (12/07) - Cont.

In re  **2 D's Oilfield Services, Inc.**   Case No. _____
                    Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Hunter Kelsey<br>3432 Greystone. Suite 100<br>Austin, TX 78731 | Hunter Kelsey<br>3432 Greystone. Suite 100<br>Austin, TX 78731 | Business Debt | | 7,273.75 |
| Lawrence Prucka<br>3204 Sunburst<br>Midland, TX 79702 | Lawrence Prucka<br>3204 Sunburst<br>Midland, TX 79702 | Business Debt | | 6,050.00 |
| Pecos County State Bank<br>500 N. Main Street<br>Fort Stockton, TX 79735 | Pecos County State Bank<br>500 N. Main Street<br>Fort Stockton, TX 79735 | Business Debt | | 1,194,132.96 |
| R360<br>PO Box 671798<br>Dallas, TX 75267 | R360<br>PO Box 671798<br>Dallas, TX 75267 | Business Debt | | 19,131.25 |
| Senter-Co Inc.<br>824 TX-171<br>Mexia, TX 76667 | Senter-Co Inc.<br>824 TX-171<br>Mexia, TX 76667 | Business Debt | | 17,512.50 |
| Star Tex Power<br>PO Box 650827<br>Dallas, TX 75265 | Star Tex Power<br>PO Box 650827<br>Dallas, TX 75265 | Business Debt | | 3,400.66 |
| Strother Law Firm<br>4306 Poakum Blvd., Suite 560<br>Houston, TX 77006 | Strother Law Firm<br>4306 Poakum Blvd., Suite 560<br>Houston, TX 77006 | Legal Services | | 6,500.00 |
| Summit<br>PO Box 1000, Dept. 586<br>Memphis, TN 38148 | Summit<br>PO Box 1000, Dept. 586<br>Memphis, TN 38148 | Business Debt | | 10,082.43 |
| Triple A Water<br>PO Box 54<br>Midland, TX 79702 | Triple A Water<br>PO Box 54<br>Midland, TX 79702 | Business Debt | | 5,005.00 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **June 10, 2015**        Signature  **/s/ David R. Spencer**
                                          **David R. Spencer**
                                          **President**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
### Western District of Texas

In re    **2 D's Oilfield Services, Inc.**            Case No. 
                                       Debtor(s)        Chapter    **11**

## VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **June 10, 2015**            **/s/ David R. Spencer**
                                          **David R. Spencer**/**President**
                                          Signer/Title

A-1 Embroidery & Screen Printing
PO Box 2636
Midland, TX 79702


A-1 Sign Engravers
PO Box 2641
Midland, TX 79702


AIG
PO Box 30174
New York, NY 10087


Airgas USA, LLC
PO Box 676015
Dallas, TX 75267


Arguindegul Oil Co.
4506 Highway 359 at Loop 20
Laredo, TX 78042


Arnold Oil Company
PO Box 18089
Austin, TX 78760


B&H Farms
PO Box 1724
Seminiole, TX 79368


Brocket & McNeel
24 Smith Road, Suite 400
Midland, TX 79705


Cheyenne Tire Company
2720 Faudree Road
Odessa, TX 79762


CNB
401 W. Texas
Midland, TX 79702


Complex Commuity
4900 E 52nd Street
Odessa, TX 79762

Convergent
13575 Heathcote Blvd., Suite 300
Gainesville, VA 20155


Dairyland Auto
PO Box 8021
Stevens Point, WI 54481


Ecoserv
207 Towncenter Pkwy 2nd Floor
Lafayette, LA 70506


EDDR Joint Venture
PO Box 10019
Midland, TX 79702


First Insurance
450 Skoki Blvd., Ste. 1000
Northbrook, IL 60062


Fox Pest Control
PO Box 80281
Midland, TX 79707


Freeman Mills
400 West Illinois Ave., Suite 120
Midland, TX 79701


Freightliner
34 Seymour Street
Tonawanda, NY 14150


Graham Water Station
12609 FM 307
Midland, TX 79706


H2Oil
PO Box 4906
Houston, TX 77210


Hunter Kelsey
3432 Greystone. Suite 100
Austin, TX 78731

Interstate Billing Service
1025 5th Ave SE
Decatur, AL 35601


J&H Services
516 Martinez Lane NE
Albuquerque, NM 87108


Key Energy Services, LLC
1301 Mckinney Street
Suite 1800
Houston, TX 77010


Lawrence Prucka
3204 Sunburst
Midland, TX 79702


Lonestar Washout
PO Box 2038
San Angelo, TX 76902


McAnally Wilkins, Inc.
110 W Louisiana Ave Ste 150
Midland, TX 79701


NexTraq
PO Box 538566
Atlanta, GA 30353


NGL
3773 Cherry Creel N Drive
Sutie 1000
Denver, CO 80209


Pecos County State Bank
500 N. Main Street
Fort Stockton, TX 79735


Preferred Credit
PO Box 1670
Saint Cloud, MN 56302


Progressive County
PO Box 93784
Cleveland, OH 44101

```
Quail Run
5818 Beverly Hill Street
Houston, TX 77057


R360
PO Box 671798
Dallas, TX 75267


Senter-Co Inc.
824 TX-171
Mexia, TX 76667


Star Tex Power
PO Box 650827
Dallas, TX 75265


Strother Law Firm
4306 Poakum Blvd., Suite 560
Houston, TX 77006


Summit
PO Box 1000, Dept. 586
Memphis, TN 38148


Triple A Water
PO Box 54
Midland, TX 79702


Triple H2O
6505 NCR 23
Big Spring, TX 79720


Wilson Systems
3100 N "A" Bldg. A
Midland, TX 79705


Yellow Pages
PO Box 53282
Atlanta, GA 30355
```

**United States Bankruptcy Court**
**Western District of Texas**

In re  **2 D's Oilfield Services, Inc.**                                    Case No.
                                       Debtor(s)                             Chapter  **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **2 D's Oilfield Services, Inc.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| **June 10, 2015** | /s/ Max R. Tarbox |
| Date | **Max R. Tarbox 19639950** |
| | Signature of Attorney or Litigant |
| | Counsel for **2 D's Oilfield Services, Inc.** |
| | **Tarbox Law, P.C.** |
| | **2301 Broadway** |
| | **Lubbock, TX 79401** |
| | **(806) 686-4448 Fax:(806) 368-9785** |
| | **jessica@tarboxlaw.com** |